# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JUAN MALCA,**
        **Plaintiff,**


**v.**                                          **CASE NO. :  8:21-cv-53-CHE-APF**


**BAY TO BAY SHRADHA, INC. d/b/a**
**EDDIE'S CUSTOM CLEANERS, and**
**DIMPLE PATEL, an individual,**
        **Defendants.**
_____/


## JOINT REPORT REGARDING SETTLEMENT

The parties, by and through their undersigned counsel and pursuant to this
Court's Scheduling Order, hereby jointly file their Report Regarding Settlement in
this matter. The parties have advised the Court that they:

_____        Have settled the case.

_____        Have not settled the case but wish to continue settlement discussions.

__X__        Wish to engage in a formal mediation conference.

_____        Request a settlement conference before the United States Magistrate

        Judge.

_____        Have extinguished all settlement efforts and will subsequently file a

        Case Management Report.

*__Brianna A. Jordan_____*
Brianna A. Jordan, Esq.
FBN:  1000982
**MORGAN & MORGAN, P.A.**
201 N Franklin Street, #600
Tampa, FL  33602-5157
Telephone: (813) 393-5457-5505
Facsimile:  (813) 393-5481
Email: Bjordan@forthepeople.com
Attorney for Plaintiff

s/ Cullan E. Jones_____
Cullan E. Jones, Esquire
FBN: 098615
TODD S. AIDMAN ESQ.
FBN:  173029
**FORDHARRISON LLP**
101 E. Kennedy Blvd. Suite 900
Tampa, FL 33602
Telephone: (813) 261-7800
Facsimile:  (813) 261-7899
Email: taidman@fordharrison.com
  cjones@fordharrison.com
Counsel for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 3, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Brianna A. Jordan___*
Brianna A. Jordan, Esquire